# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Receiver For Growth Opportunity Connection, Inc.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| V. | ) Case No. 12-00006-CV-W-JTM<br>) |
| **Philadelphia Indemnity Ins. Co.,** | )<br>) |
| **Defendant.** | ) |

## ORDER

Pursuant to the entry of the *Stipulation For Dismissal With Prejudice*, filed June 22, 2012 [Doc. 10], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                           */s/ John T. Maughmer*
                                         **JOHN T. MAUGHMER**
                                         **U. S. MAGISTRATE JUDGE**