# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Receiver For Growth Opportunity Connection, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 12-00006-CV-W-JTM |
| ) | |
| **Philadelphia Indemnity Ins. Co.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to the entry of the *Stipulation For Dismissal With Prejudice*, filed June 22, 2012 [Doc. 10], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                        */s/ John T. Maughmer*
                                      **JOHN T. MAUGHMER**
                                      **U. S. MAGISTRATE JUDGE**